JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LIESKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EHM PRODUCTIONS, INC., a California corporation, and DOES 1-20,<br><br>Defendants. | Case No. 2:18-cv-05973-R-PJW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Manuel Real |

ORDER

Pursuant to the parties' "Stipulation for Dismissal of Action With Prejudice," and good cause appearing therefore, the Court hereby GRANTS the Stipulation for Dismissal of Action with Prejudice and ORDERS as follows:

1. Plaintiff's entire complaint, as captioned above, including all causes of action therein, is hereby dismissed, in its entirety, with prejudice;

2. For forty-five (45) days following the date of this Order, this Court shall retain jurisdiction to enforce the parties' settlement agreement, including to hear any motion for enforcement of the settlement agreement.

3. All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: <u>April 16, 2019</u>

_____
JUDGE, UNITED STATES DISTRICT COURT